RECEIVED
CHARLOTTE, N.C.
MAY 30 2006
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04 CV 135-McK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRADCO SUPPLY CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER

Bradco Supply Corporation, the Defendant herein, has moved the Court to termiante its jurisdiction over this action. Jurisdiction was retained through Paragraph 13 of the Consent Decree filed March 26, 2004 which settled this action.

The Equal Employment Opportunity Commission, the Plaintiff herein, consents to the Defendant's motion being allowed. It appears to the Court, and has been certified to the Court, that the Defendant has complied with all terns and provisions of the March 26, 2004 Consent Decree.

WHEREFORE, for good cause shown, its hereby is ORDERED that the Court hereby terminate its jurisdiction over this action. The Clerk is directed to close the file on this action.

This the 31st day of May, 2006.

_Graham C. Mullen_, Judge
United States District Court
Western District of North Carolina